IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DENNIS J. FREUDEMAN, INDIVIDUALLY AND AS EXECUTOR FOR THE ESTATE OF DOROTHY V. FREUDEMAN, DECEASED** | **CASE NO.: 5:09 CV 175** |
| | **JUDGE DAVID D. DOWD, JR.** |
| Plaintiff, | |
| vs. | **SUPPLEMENT TO PLAINTIFF'S HEARING BRIEF ON ATTORNEY FEES** |
| **THE LANDING OF CANTON, et al.** | |
| Defendants. | |

Plaintiff herein supplements his Hearing Brief on Attorney Fees filed September 12, 2011 (ECF No. 290) and provides the Court with additional litigation costs that were received by Plaintiff on September 13, 2011. As litigation costs, Plaintiff additionally incurred court reporter expenses in the sum of $12,449.30 for realtime and daily transcripts of the trial of the above-captioned matter. Attached as **Exhibit 1** is Invoice from Lori Callahan, RMR, CRR and attached as **Exhibit 2** is Invoice from Caroline Mahnke, RMR, CRR.

Respectfully submitted,

*/s/ Megan J. Frantz Oldham*
Lee E. Plakas (0008628)
Megan J. Frantz Oldham (0079378)
**TZANGAS, PLAKAS, MANNOS & RAIES, LTD.**
220 MARKET AVENUE SOUTH
EIGHTH FLOOR
CANTON, OH 44702
Telephone: (330) 455-6112
Facsimile: (330) 455-2108
Email: lplakas@lawlion.com;
mfrantzoldham@lawlion.com
**Attorneys for Plaintiff**

1

## PROOF OF SERVICE

       I hereby certify that on the 15th day of September, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            */s/ Megan J. Frantz Oldham*
                                            Megan J. Frantz (0079378)
                                            **Attorney for Plaintiff**