DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dennis J. Freudeman, | ) | |
| | ) | CASE NO. 5:09 CV 175 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| The Landing of Canton, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons contained in the Memorandum Opinion filed contemporaneously with

this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Defendants' motion for judgment as a matter of law and motion for a new trial is

DENIED.

Further for the reasons contained herein, Plaintiff's motion for prejudgment interest and

for a hearing is DENIED.

Further for the reasons contained herein, the Court awards attorney fees to the Plaintiff in

the total sum of $494,037.50, and costs to the Plaintiff in the total sum of $60,136.67.

IT IS SO ORDERED.


  December 30, 2011          *s/ David D. Dowd, Jr.*
Date                         David D. Dowd, Jr.
                             U.S. District Judge